IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**UNITED STATES OF AMERICA** : **CRIMINAL NO. 1:CR-01-131-04**
:
v. :
:
**ETHELINE NICOLE GAY** :

## ORDER APPOINTING COUNSEL

**IT IS HEREBY ORDERED THAT** Attorney Christopher A. Ferro, Esquire, 129 East Market Street, York, PA 17401, telephone (717) 846-8856, is appointed to represent Defendant in the captioned case. The Clerk of Court shall prepare the appropriate paperwork and send it as soon as possible to Attorney Ferro.

          s/Sylvia H. Rambo
          Sylvia H. Rambo
          United States District Judge

Dated: March 17, 2006.