IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

## NOTICE

**United States of America**                                CASE NUMBER: 1:01-CR-0131-04

vs.

**Etheline Nicole Gay**

TYPE OF CASE: Criminal

TAKE NOTICE that a proceeding in this case has been set for the place, date and time set forth below:

Place:  U.S. District Court                    **\*\*Date and Time: May 3, 2006 @ 1:30 PM**
        Courtroom #3
        228 Walnut Street
        8th Floor, Federal Building
        Harrisburg, PA. 17101

Type of Proceeding: Guilty Plea and Sentencing

Date:  March 23, 2006                          /s/ Mark J. Armbruster
                                               By: Mark J. Armbruster, Deputy Clerk

CC:    Judge Sylvia H. Rambo
       Christopher Ferro, Esq. (CJA)
       Christy Fawcett, AUSA
       U.S. Marshal
       Federal Probation
       Wendy Yinger, Rptr.

**\*All sentencing memoranda must be filed no later than five (5) business days prior to the date scheduled for the sentencing proceeding.**

\*\*Counsel is expected to arrive prior to the scheduled time should there be a need to speak with his/her client. Every attempt is made to start proceedings on time. Thank You