IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 1:01-CR-0131-04 |
| v. | : | **FILED** HARRISBURG, PA |
| ETHELINE NICOLE GAY | : | MAY 03 2006 |
| | | MARY E. D'ANDREA, CLERK |
| PLEA | | Per _____ Deputy Clerk |

AND NOW, this 3rd day of May, 2006, the defendant, ETHELINE NICOLE GAY, hereby pleads Guilty to Count 1 of the Indictment.

_____
(Signature of Defendant)

_____
(Signature of Counsel)