## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA : CASE NO. 1:CR-01-131-04

v. : **FILED**
HARRISBURG, PA

ETHELINE NICOLE GAY : MAY 0 3 2006

**O R D E R**
MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk

AND NOW, this 3rd day of May, 2006, the court finds that the defendant is acting voluntarily and not as a result of force or threats or promises apart from the plea agreement. The court further finds that the defendant understands her rights and the consequences of her plea and voluntarily waives her right to trial. The court is satisfied that the plea has a basis in fact and contains all the elements of the crime charged. The court therefore permits the revocation of the not guilty plea, accepts the plea of guilty to Count 1 of the Indictment, and directs the entry of a judgment of guilty on the plea.

SYLVIA H. RAMBO
United States District Judge